UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:10CR48 HEA |
|  | ) |  |
| KEVIN W. STACY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Wednesday, April 14, 2010, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 7th day of April, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE